## Henry Farmer, Appellant, v. Civil Service Commission of City of Chicago et al., Appellees.

### Gen. No. 43,540.

opinion filed June 26, 1946; rehearing denied September 6, 1946; released for publication September 9, 1946. Henry C. Ferguson, for appellant; Barnet Hodes, Corporation Counsel, for appellees; J. Herzl Segal, Head of Appeals and Review Division, Fred V. Maguire, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.